**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**RANDY LEO GROSS,**

    Petitioner,

v.

    CASE NO. 05-CV-72723-DT
    HONORABLE ARTHUR J. TARNOW
    UNITED STATES DISTRICT JUDGE

**KENNETH ROMANOWSKI,**

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Arthur J. Tarnow, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on <u>December 12</u>, 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this <u>12th</u>, day of <u>December</u>, 2006.

    DAVID J. WEAVER
    CLERK OF THE COURT

**APPROVED:**

    BY: <u>s/Catherine A. Pickles</u>
        DEPUTY CLERK

<u>s/Arthur J. Tarnow</u>
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**